UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 06-CR-20077
        HON. GEORGE CARAM STEEH

ANTHONY GIGNAC,

        Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION TO DISMISS DUE TO VIOLATION OF SPEEDY TRIAL ACT (#15); DENYING DEFENDANT'S MOTION FOR DISCOVERY OF JENCKS ACT MATERIALS(#21); GRANTING IN PART DEFENDANT'S MOTION FOR DISCLOSURE OF FRE 404(B) AND 609 MATERIALS (#18);AND NOTICE OF PLEA-CUTOFF HEARING AND TRIAL DATES

For the reasons set forth on the record at a May 23, 2006 hearing, defendant Anthony Gignac's motion to dismiss based on a violation of the Speedy Trial Act is hereby DENIED. Defendant's motion for pre-trial discovery of Jencks Act materials is hereby DENIED as MOOT on the Government's recognition of its duty to disclose Jencks Act materials. Defendant's motion for pre-trial disclosure of Federal Rule of Evidence 404(b) prior crimes, wrongs, or acts evidence and Federal Rule of Evidence 609 impeachment evidence is hereby GRANTED, IN PART, to the extent that the Government shall provide defendant with a more detailed description of such evidence it intends to use at trial on or before July 5, 2006. The parties are hereby given notice that the **plea-cutoff hearing date is Thursday, July 20, 2006, at 10:30 a.m.**, and trial is scheduled for **August 15, 2006, at 9:00 a.m.**, with both being held in Courtroom # 236, United States Court House, 231 West Lafayette, Detroit, Michigan.

        SO ORDERED.

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

Dated: May 24, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on May 24, 2006, by electronic and/or ordinary mail.

                                        s/Josephine Chaffee
                                        Secretary/Deputy Clerk